# Exhibit 1

# DECLARATION OF DANIEL KASPAR

I, Daniel Kaspar, hereby declare as follows:

1. I currently serve as Director of Field Operations at the National Treasury Employees Union (NTEU). I have worked for NTEU since 2011.

2. As Director of Field Operations, I am responsible for overseeing NTEU's field offices across the nation. Representatives in each field office serve as chapters' and often members' first line of contact with NTEU on a day-to-day basis. By virtue of my job duties, I am familiar with the agencies where NTEU-represented employees work and with the collective-bargaining agreements (CBAs) that we have negotiated with those agencies.

3. NTEU represents tens of thousands of employees at the IRS, which is the largest unit of employees that NTEU represents, for the longest amount of time. NTEU has represented IRS employees in some capacity since 1938.

4. NTEU was the exclusive representative of IRS bargaining-unit employees since the Statute went into effect in 1978. NTEU has maintained a CBA with the IRS since then.

5. The most recent NTEU-IRS CBA took effect in 2022 (with a term ending October 1, 2027), as amended by a 2025 Addendum. The NTEU-IRS CBA guarantees important union and employee rights. The CBA requires that the IRS provide NTEU advance notice of and an opportunity to bargain over changes to conditions of employment. The CBA also has provisions for sick, family, and other kinds of leave; safety and health protections; telework and alternative work schedules; labor-management relations committees to facilitate communication on workplace issues; a childcare subsidy program; a grievance procedure for resolving disputes; and protections for workers facing reductions-in-force.

6. Executive Order 14,251, *Exclusions From Federal Labor-Management Relations Programs*. Exec. Order No. 14,251, 90 Fed. Reg. 14,553 (Mar. 27, 2025) (Exclusions Order or Order), excluded the IRS and other agencies from coverage of the federal labor statute that gives federal employees the right to unionize and authorizes collective bargaining.

7. After the Exclusions Order, the IRS continued to follow some of the CBA's requirements. For example, employees were allowed to have NTEU representatives accompany them in formal meetings where discipline could result. Also, NTEU retained the union office space at IRS facilities that the CBA guaranteed.

8. The IRS continued to process NTEU grievances after the Exclusions Order. For instance, the IRS responded in writing to an NTEU grievance on May 27, 2025.

9. On September 18, 2025, the IRS advised NTEU that it had not terminated the CBA and was holding requests to bargain in abeyance pending the outcome of litigation challenging the Exclusions Order.

10. On February 27, 2026, however, Frank Bisignano, the IRS Chief Executive Officer, sent NTEU President Doreen Greenwald a memorandum purporting to terminate the NTEU-IRS CBA (IRS Termination Memorandum).

11. In late February and early March 2026, NTEU President Greenwald received termination memoranda from other agencies falling under the Exclusions Order's coverage, including several Department of Treasury components, that were worded almost identically to the IRS Termination Memorandum.

12. Shortly after the CBA termination in February 2026, the IRS began rejecting or refusing to respond to NTEU's requests to bargain over working conditions. And it began retracting rights that NTEU was entitled to under the CBA. For instance, it evicted NTEU from

its office space at IRS facilities. It also canceled labor-management relations committee meetings, refused to engage in the negotiated grievance procedure, and denied NTEU its right to attend meetings with NTEU members at the IRS that might lead to discipline or that are otherwise investigatory in nature.

13. After the CBA termination, the IRS quickly began changing IRS workers' conditions of employment without notifying or negotiating with NTEU. For example, it canceled alternative work schedules; changed processes for seeking reasonable accommodations for medical issues; forced involuntary relocations and details on employees; changed how it evaluates employees' performance; altered how it allocates overtime shifts to employees; and suspended programs through which employees could request advancements of sick or annual leave. The IRS has reneged on so many NTEU-negotiated programs and benefits at such a rapid clip that I believe the IRS is purposefully creating the impression among NTEU members that NTEU is gone.

14. On October 21, 2026, the IRS announced changes to procedures for requesting leave under the Family Medical Leave Act (FMLA). Employees are now required to submit their required medical documentation directly to their manager or other designated approving official within their organization. This conflicts with Article 33, Section 3.F.1 of the NTEU-IRS CBA, which explicitly states that employees will not be required to reveal the details of their medical condition to their supervisors or managers.

15. The IRS recently canceled the childcare subsidy program that was guaranteed under the CBA.

16. With no CBA in place, NTEU is missing opportunities to fight for IRS workers that it will never get back.

17. Because of these missed opportunities and the IRS's actions rolling back rights, NTEU is losing members. The membership loss especially came into focus when NTEU instituted its direct dues-collection system. Because the federal government's payroll-provider agencies stopped withholding union dues from employees' paychecks after the Exclusions Order, NTEU built a system allowing members to pay voluntary dues to NTEU directly. NTEU set a deadline of September 5, 2026, by which members needed to enroll in the direct payment system to retain their NTEU membership. When that deadline passed, enrollment numbers showed that thousands of employees chose to stop paying dues to NTEU.

18. Over the past two years, federal employees have felt under attack, given, among other things, the massive reductions in force implemented by the Department of Government Efficiency (DOGE) and the Office of Management and Budget Director's comment that he wants to put federal employees "in trauma." William Wan & Hannah Natanson, White House Officials Wanted To Put Federal Workers 'In Trauma.' It's Working., The Washington Post (May 20, 2025), www.washingtonpost.com/ investigations/2025/05/20/ federal-workers-trump-mental-health/. In this climate, NTEU's IRS members are looking to their union for support, which makes the IRS's termination of its CBA with NTEU even more likely to have lasting harmful effects. When the IRS refuses to acknowledge its CBA with NTEU or refuses to process a grievance alleging discrimination or harassment, the affected workers and their fellow union members will question why they should belong to NTEU at all.

19. In all, NTEU has lost tens of thousands of members at the IRS since the termination of its CBA. While some time has passed since the IRS's notice of termination, the cumulative effects of that termination are now being realized, and they are devastating.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026

Daniel Kaspar